UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

STRETCHTECH, LLC,

                Plaintiff,

       -against-

ANKI, INC.,

                Defendant.

------------------------------------------------

19cv5379

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties are directed to appear for a conference on January 17, 2020 at 10:30 a.m. to discuss Plaintiff StretchTech's motion for damages.

Dated: January 6, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.