# SPIRO | HARRISON

**MEMO ENDORSED**

January 31, 2020

Jason C. Spiro
Direct: (973) 232-0882
jspiro@spiroharrison.com

<u>**VIA ECF**</u>
Hon. William H. Pauley, III
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
Courtroom 20B
New York, New York 10007

**Re: Stretchtech LLC v. Anki, Inc.
Docket No. 19-cv-5379**

Dear Judge Pauley:

    This firm represents Plaintiff Stretchtech LLC ("Plaintiff") in the above-captioned matter (the "Action"). Further to the Scheduling Order issued January 17, 2020 (*see* Docket Entry ("DE") No. 17), Plaintiff is still in the process of reviewing the matter and respectfully requests one additional week (*i.e.*, until February 7, 2020) to file a letter updating the Court as to how it intends to proceed.

    This short extension is not prejudicial, and there is no objection to such an extension, as Defendant has failed to make an appearance in the Action.

    Plaintiff thanks Your Honor for considering its request.

Respectfully submitted,

Jason C. Spiro

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

Application granted.

Dated: February 3, 2020
      New York, New York

www.spiroharrison.com

**NEW YORK     SHORT HILLS     RED BANK**