UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

STRETCHTECH, LLC,

           Plaintiff,

     -against-

ANKI, INC.,

           Defendant.

------------------------------------

19cv5379

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        By letter dated February 7, 2020 (ECF No. 38), Plaintiff advised this Court that it would be making an application for discovery in this case against the defaulting Defendant. To date, no such application has been received. Plaintiff is directed to submit a status report by April 22, 2020 regarding its intentions.

Dated: April 8, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.