UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------

STRETCHTECH, LLC,

             Plaintiff,

      -against-

ANKI, INC.,

             Defendant.

----------------------------------

19cv5379

MONEY DAMAGES DEFAULT JUDGMENT

WILLIAM H. PAULEY III, Senior United States District Judge:

        Upon consideration of Plaintiff StrechTech, LLC's application for an award of damages against Defendant Anki, Inc. following the grant of a default judgment under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; the declaration of StretchTech's counsel David Moore; the affidavit of StretchTech's counsel Jason C. Spiro and the exhibit attached thereto; all prior papers and proceedings; and following a hearing on January 17, 2020, it is hereby:

        **ORDERED**, **ADJUDGED** and **DECREED** that:

1. StretchTech's motion for damages against Anki is **GRANTED IN PART**;

2. StretchTech is awarded $504,000.00 in actual damages against Anki under 35 U.S.C. § 284 for patent infringement. This award is inclusive of all attorneys' fees and costs.

Dated: May 4, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.